```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 63834
   STEVEN G SWIFT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-1759


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/08/2005 and was confirmed 03/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/19/2009.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
 CENTRIX FINANCIAL LLC    SECURED             7600.00       1252.41       5503.97
 CENTRIX FINANCIAL LLC    UNSECURED           1515.00          .00            .00
 COMMERCIAL CREDIT        UNSECURED         NOT FILED          .00            .00
 PREMIER BANCARD CHARTER  UNSECURED            352.62          .00            .00
 ECAST SETTLEMENT CORP    UNSECURED            617.59          .00            .00
 WFNNB/EXPRESS            UNSECURED         NOT FILED          .00            .00
 LORRAINE GREENBERG & ASS REIMBURSEMENT         75.00          .00          75.00
 LORRAINE GREENBERG & ASS DEBTOR ATTY        2,500.00                      557.48
 TOM VAUGHN               TRUSTEE                                          490.14
 DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE                   7,879.00

 PRIORITY                                             75.00
 SECURED                                           5,503.97
     INTEREST                                      1,252.41
 UNSECURED                                              .00
 ADMINISTRATIVE                                      557.48
 TRUSTEE COMPENSATION                                490.14
 DEBTOR REFUND                                          .00
                           ---------------    ---------------
 TOTALS                    7,879.00                7,879.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 63834 STEVEN G SWIFT
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 03/26/09                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```